ORIGINAL

1  PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
   Richard A. Rosen
2  Robyn F. Tarnofsky
   1285 Avenue of the Americas
3  New York, NY 10019-6064
   Telephone: 212-373-3000
4  Facsimile: 212-757-3990

5  Attorneys for Defendants, Dwight W. Decker, Armando
   Geday, Robert McMullan and Balakrishnan S. Iyer
6
   O'MELVENY & MYERS
7  Andrew J. Frackman
   Times Square Tower
8  7 Times Square
   New York, NY 10036
9
   Attorneys for Defendants, Donald R. Beall, Jerre L. Stead,
10 D. Scott Mercer, F. Craig Farril, Stephen J Bilodeau,
   Dipanjan Deb, John W. Marren, Giuseppe P. Zocco and
11 Ralph J. Cicerone

12 STRADLING YOCCA CARLSON & RAUTH
   Todd E. Gordinier, State Bar No. 82200
13 660 Newport Center Drive, Suite 1600
   Newport Beach, CA 92660-6442
14
   Attorneys for Nominal Defendant, Conexant Systems, Inc.
15
16         UNITED STATES DISTRICT COURT
17
           CENTRAL DISTRICT OF CALIFORNIA
18
           WESTERN DIVISION  SACV 05-110

19 RONALD A. GARGIULO,                    CASE NO. SACV 05 103 GHK (VBKx)
   Derivatively On Behalf of
20 CONEXANT SYSTEMS, INC.,

21                                        STIPULATION RE:
           Plaintiff,                     CONSOLIDATION OF CASE NO.
22                                        SACV 05 0110 GHK (VBKx) INTO
                                          CASE NO. SACV 05 103 GHK (VBKx),
23         vs.                            AND ORDER THEREON

24 DWIGHT W. DECKER,
   ARMANDO GEDAY, ROBERT
25 MCMULLAN, BALAKRISHNAN
   S. IYER, DONALD R. BEALL,
26 JERRE L. STEAD, D. SCOTT
   MERCER, F. CRAIG FARRILL,
27 STEPHEN J. BILODEAU,
28 DIPANJAN DEB, JOHN W.

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

DOCSOC/1097600v1/12387-0103

| | |
|---|---|
| 1  MARREN, GIUSEPPE P. ZOCCO, RALPH J. CICERONE, and DOES 1-25, | |
| 2 | |
| 3 | |
| 4         Defendants, | |
| 5         - and - | |
| 6  CONEXANT SYSTEMS, INC., a Delaware corporation, | |
| 7 | |
| 8         Nominal Defendant. | |
| 9 | |
| 10 STEVEN MCGEE, Derivatively On Behalf of CONEXANT SYSTEMS, INC., | CASE NO. SACV 05 0110 GHK (VBKx) |
| 11 | |
| 12        Plaintiff, | |
| 13        vs. | |
| 14 DWIGHT W. DECKER, ARMANDO GEDAY, ROBERT MCMULLAN, BALAKRISHNAN S. IYER, DONALD R. BEALL, JERRE L. STEAD, D. SCOTT MERCER, F. CRAIG FARRILL, STEPHEN J. BILODEAU, DIPANJAN DEB, JOHN W. MARREN, GIUSEPPE P. ZOCCO, RALPH J. CICERONE, and DOES 1-25, | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22        Defendants, | |
| 23        - and - | |
| 24 | |
| 25 CONEXANT SYSTEMS, INC., a Delaware corporation, | |
| 26 | |
| 27        Nominal Defendant. | |
| 28 | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**WHEREAS** on January 18, 2005, Ronald. A Gargiulo filed a derivative action, Case No. 05CC00009, in California Superior Court for the County of Orange, against Defendants Dwight W. Decker, Armando Geday, Robert McMullan, Balakrishnan S. Iyer, Donald R. Beall, Jerre L. Stead, D. Scott Mercer, F. Craig Farrill, Stephen J. Bilodeau, Dipanjan Deb, John W. Marren, Giuseppe P. Zocco, Ralph J. Cicerone, and Conexant Systems, Inc.;

**WHEREAS** on January 31, 2005, Defendants removed the Gargiulo action to this Court and the case was assigned to the Honorable Alicemarie H. Stotler, Case No. SACV 05 103 AHS (RZx);

**WHEREAS** on January 25, 2005 Steven McGee filed a derivative action, Case No. 05CC00017 in California Superior Court for the County of Orange, against Defendants Dwight W. Decker, Armando Geday, Robert McMullan, Balakrishnan S. Iyer, Donald R. Beall, Jerre L. Stead, D. Scott Mercer, F. Craig Farrill, Stephen J. Bilodeau, Dipanjan Deb, John W. Marren, Giuseppe P. Zocco, Ralph J. Cicerone, and Conexant Systems, Inc.;

**WHEREAS** on February 1, 2005, Defendants removed the McGee action to this Court and the case was assigned to the Honorable David O. Carter, Case No. SACV 05 0110 DOC (ANx);

**WHEREAS** on March 7, 2005, the Gargiulo action and the McGee action were transferred to the Honorable George H. King, and assigned case numbers SACV 05 103 GHK (VBKx) and SACV 05 0110 GHK (VBKx), respectively.

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-3-

DOCSOC/1097600v1/12387-0103

**WHEREAS** the causes of action contained in the above-referenced complaints arise from a common nexus of operative facts and involve common questions of law, and each complaint contains the identical causes of action against the same defendants arising from the same set of circumstances;

**WHEREAS** on March 8, 2005, plaintiffs Ronald A. Gargiulo and Steven McGee and defendants Dwight W. Decker, Armando Geday, Robert McMullan, Balakrishnan S. Iyer, Donald R. Beall, Jerre L. Stead, D. Scott Mercer, F. Craig Farrill, Stephen J. Bilodeau, Dipanjan Deb, John W. Marren, Giuseppe P. Zocco, Ralph J. Cicerone, and Conexant Systems, Inc., agreed, through their counsel of record, that the McGee case can and should be consolidated into the Gargiulo action for all purposes, with the Gargiulo case designated as the lead case;

**WHEREAS** on March 8, 2005, plaintiff Steven McGee and defendants Dwight W. Decker, Armando Geday, Robert McMullan, Balakrishnan S. Iyer, Donald R. Beall, Jerre L. Stead, D. Scott Mercer, F. Craig Farrill, Stephen J. Bilodeau, Dipanjan Deb, John W. Marren, Giuseppe P. Zocco, Ralph J. Cicerone, and Conexant Systems, Inc., agreed, through their counsel of record, that the McGee action shall be dismissed without prejudice;

**IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN THE ATTORNEYS OF RECORD** for each of the parties in the above-entitled action that:

1. That the McGee action, case number SACV 05 0110 GHK (VBKx), shall be consolidated into case number SACV 05 103 GHK (VBKx) for all purposes with case number SACV 05 103 GHK (VBKx) being designated the lead case; and,

2. The McGee action shall hereby be dismissed without prejudice.

DATED: March 16, 2005

RICHARD A. ROSEN
ROBYN F. TARNOFSKY
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

ANDREW J. FRACKMAN
O'MELVENY & MYERS

TODD E. GORDINIER
STRADLING YOCCA CARLSON & RAUTH, A Professional Corporation

By: /s/ Todd E. Gordinier
Todd E. Gordinier

Attorneys for Defendants

DATED: March __, 2005

JEFFREY P. FINK
ROBBINS UMEDA & FINK LLP

By: _____
Jeffrey P. Fink
Attorneys for Plaintiff Ronald A. Gargiulo

DATED: March __, 2005

VENUS SOLTAN
SOLTAN & ASSOCIATES

By: _____
Venus Soltan
Attorneys for Plaintiff Steven McGee

2. The McGee action shall hereby be dismissed without prejudice.

DATED: March ___, 2005

RICHARD A. ROSEN
ROBYN F. TARNOFSKY
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

ANDREW J. FRACKMAN
O'MELVENY & MYERS

TODD E. GORDINIER
STRADLING YOCCA CARLSON & RAUTH, A Professional Corporation

By: _____
Todd E. Gordinier

Attorneys for Defendants

DATED: March 14, 2005

JEFFREY P. FINK
ROBBINS, UMEDA & FINK LLP

By: _____
Jeffrey P. Fink
Attorneys for Plaintiff Ronald A. Gargiulo

DATED: March ___, 2005

VENUS SOLTAN
SOLTAN & ASSOCIATES

By: _____
Venus Soltan
Attorneys for Plaintiff Steven McGee

-5-

DOCSOC/1097600v1/12387-0103

1    2.   The McGee action shall hereby be dismissed without prejudice.

2
3    DATED: March __, 2005        RICHARD A. ROSEN
                                  ROBYN F. TARNOFSKY
4                                 PAUL, WEISS, RIFKIND, WHARTON &
                                  GARRISON LLP
5
6                                 ANDREW J. FRACKMAN
                                  O'MELVENY & MYERS
7
8                                 TODD E. GORDINIER
                                  STRADLING YOCCA CARLSON &
9                                 RAUTH, A Professional Corporation

10                                By: _____
                                      Todd E. Gordinier
11
                                      Attorneys for Defendants
12

13
14   DATED: March __, 2005        JEFFREY P. FINK
                                  ROBBINS UMEDA & FINK LLP
15
16                                By: _____
                                      Jeffrey P. Fink
17                                    Attorneys for Plaintiff Ronald A. Gargiulo

18
19   DATED: March 16, 2005        VENUS SOLTAN
                                  SOLTAN & ASSOCIATES
20
21                                By: _____
                                      Venus Soltan
22                                    Attorneys for Plaintiff Steven McGee

23
24
25
26
27
28

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-5-

DOCSOC/1097600v1/12387-0103

# ORDER

**IT IS HEREBY ORDERED** that:

1. The McGee action, case number SACV 05 0110 GHK (VBKx), is consolidated into SACV 05 103 GHK (VBKx) for all purposes with case number SACV 05 103 GHK (VBKx) designated as the lead case; and,

2. The McGee action is hereby dismissed without prejudice.

Dated: March 21, 2005

By: _____
Honorable George H. King
United States District Judge

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

DOCSOC/1097600v1/12387-0103